1048

No. 83–5010.  GELB *v.* UNITED STATES, 464 U. S. 853;
No. 85–7027.  IN RE WEYGANDT, *ante*, p. 809;
No. 85–7033.  VIOLA *v.* UNITED STATES, *ante*, p. 837;
No. 86–5138.  VIOLA *v.* KUBITZA ET AL., *ante*, p. 862; and
No. 86–5224.  VIOLA *v.* ARIZONA, *ante*, p. 804.  Motions for leave to file petitions for rehearing denied.  JUSTICE SCALIA took no part in the consideration or decision of these motions.

No. 86–5330.  OTWORTH *v.* SOUTHERN PACIFIC TRANSPORTATION CO., *ante*, p. 887.  Motion for leave to file petition for rehearing denied.

JANUARY 13, 1987

No. 86–516.  PLAPINGER ET AL. *v.* CITIBANK, N. A., ET AL. Dist. Ct. App. Fla., 3d Dist.  Certiorari dismissed under this Court's Rule 53.

JANUARY 15, 1987

No. 85–1987.  SEE ET AL. *v.* UNITED STATES.  C. A. 8th Cir. [Certiorari granted, *ante*, p. 811.]  Writ of certiorari dismissed under this Court's Rule 53.

JANUARY 16, 1987

No. A–524 (86–6188).  MOORE *v.* BLACKBURN, WARDEN. C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending the disposition by this Court of the petition for writ of certiorari.  Should the petition for writ of certiorari be denied, this stay terminates automatically.  In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court. THE CHIEF JUSTICE, JUSTICE O'CONNOR, and JUSTICE SCALIA would deny the application.

JANUARY 20, 1987

No. 86–631.  CITY OF WATSEKA ET AL. *v.* ILLINOIS PUBLIC ACTION COUNCIL ET AL.  Affirmed on appeal from C. A. 7th Cir.